# Index of Exhibits

1. Receipt from Amori's Liquor

2. Receipt from Amori's Liquor

3. Kwame G. Lee Deposition

4. Copy of Ticket issued

5. MCL §257.676(b)

6. Dismissal in 36th District Court

7. Officer Roy Harris, Jr. Deposition

8. Consent Judgment

9. Monitor, Robert Warshaw's Report

10. Citizens Complaint

11. Newspaper Article

12. Request for Production of Documents