**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KWAME G. LEE,

               Plaintiff,

v.

ROY HARRIS, *ET AL,*

               Defendant.

_____/

CASE NUMBER: 10-12889

HON. MARIANNE O. BATTANI

## ORDER DISMISSING CASE

The parties in the above entitled action having notified the Court that the case has settled, therefore,

IT IS  ORDERED that the above case is hereby DISMISSED without prejudice.

SO ORDERED.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

Dated: March 27, 2012

_____

### CERTIFICATE OF MAILING

I hereby certify that a copy of this Order was served upon all Counsel of record via the Court's ECF Filing System.

s/Bernadette M. Thebolt
Case Manager